In the Matter of the Estate of JENNIE D. VANDEWATER, an Infant.

Whether a general guardian shall be appointed for an infant and whether he shall be selected outside of the relatives of the infant, is a matter of discretion committed to the surrogate, the exercise of which, unless abused, is not reviewable in this court.

(Argued June 26, 1889; decided October 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 1, 1887, which affirmed an order of the surrogate of Dutchess county, appointing a general guardian of the estate of Jennie D. Vandewater, an infant.

The following is the *mem.* of opinion:

"The appellants' argument relates chiefly to the merits of an expected controversy and the motives of those who are concerned in the appointment of a guardian for the infant whose interest is supposed to be involved in it. We cannot pass upon those questions, and the one actually presented by the order is not reviewable by us. Whether a guardian shall be appointed, and whether he shall be selected outside of the relatives of the infant, is a matter of discretion committed to the surrogate, and in its exercise we find no abuse. It would be manifestly improper to appoint one whose interests are adverse to the possible claim of the infant, and there is nothing before us to show that the conclusion of the surrogate was not made after due inquiry and examination of the circumstances attending the application. No error is disclosed and the appeal should be dismissed."

*O. D. M. Baker* for appellants.

*R. Baker* for respondent.

DANFORTH, J., reads *mem.* for dismissal of appeal.
All concur.
Appeal dismissed.